UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| NORTH AMERICAN ROOFING SERVICES INC, | § § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. G-08-38 |
| | § | |
| NATIONAL TRUST INSURANCE COMPANY, *et al*, | § § § | |
| Defendants. | § § | |

## ORDER

The Scheduling Order entered in this case is Amended, setting Docket Call for December 21, 2009, at 9:30 a.m. in Galveston, Texas. The joint pretrial order is due not less than ten days prior to docket call.

It is so Ordered.

SIGNED at Houston, Texas this 2nd day of September, 2009.

_____
Kenneth M. Hoyt
United States District Judge